

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-16-00755-CV

**IN THE ESTATE OF AMINITA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court